IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00057-REB-CBS

SHOP*TV, INC.,
a Colorado corporation,

      Plaintiff,

v.

BED BATH & BEYOND, INC.,
a New York corporation, and
EAGLE HOME PRODUCTS, INC.,
a New York corporation,

      Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Stipulated Motion for Entry of Protective Order (*doc. no. 19)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 19-2)* is accepted by the court.

      The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    April 10, 2009