IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00057-REB-CBS

SHOP*TV, INC.,
a Colorado corporation,

      Plaintiff,

v.

BED BATH & BEYOND, INC.,
a New York corporation, and
EAGLE HOME PRODUCTS, INC.,
a New York corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendants' Unopposed Motion for Leave to File Second Amended Answer and Counterclaims (*doc. # 43*) is GRANTED.  Defendants' Second Amended Answer and Counterclaims *(doc no. 43-2)*, tendered to the court on October 29, 2009, is accepted for filing as of the date of this order.

**DATED:**      October 30, 2009