**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  09-cv-00057-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:  December 8, 2009** | **Courtroom Deputy:**   Linda Kahoe |

SHOP*TV, INC.,                                          Srecko Vidmar
                                                                          John R. Posthumus
       Plaintiff,

                 v.

BED BATH & BEYOND, INC.,                         James Edward Hartley
*et al.*,                                                                 Conor Farley

       Defendant.

_____

**COURTROOM MINUTES/MINUTE ORDER**
_____

**HEARING:   FINAL PRETRIAL CONFERENCE**
**Court in session:**       **9:57 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding dispositive motions.  Mr. Hartley states oral argument on the motions will be helpful.

Discussion regarding Unopposed, Combined Motion for (1) Leave to File a Supplement Brief in Opposition to Plaintiff's Motion for Partial Summary Judgment, and (2) Leave to reopen the Depositions of Kenneth A. Bagus and Lee G. Meyer, doc #[58], filed 12/1/2009.

**ORDERED**:    Defendant's Unopposed, Combined Motion #[58] for (1) Leave to File a Supplement Brief in Opposition to Plaintiff's Motion for Partial Summary Judgment is **GRANTED**;  and (2) Leave to reopen the Depositions of Kenneth A. Bagus and Lee G. Meyer is **GRANTED**.

**ORDERED**:    A Motions Hearing is set for **DECEMBER 18, 2009 at 11:00 a.m.** to hear arguments on Defendants' Motion for Summary Judgment, #[49]; Plaintiff's Motion for Partial Summary Judgment, #[50]; and Plaintiff's Motion to Strike Portions of the Second Declaration of Robert Chemtob (Dkt. 54-9), #[61].

ORDERED:    A Settlement Conference is set for **DECEMBER 18, 2009 at 1:30 p.m.** Confidential Updated Settlement Statements are due on or before **DECEMBER 15, 2009.**

Plaintiff requests to file a short surreply to the Motion for Summary Judgment #[49].  Defendant states no objection.

Counsel review the proposed final pretrial order with the court.

**ORDERED:   The Final Pretrial Order is signed and entered with interlineations.**

HEARING CONCLUDED.
**Court in recess:        10:33 a.m.**
Total time in court:     00:36

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.