## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 09-cv-00057-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: December 18, 2009** | **Courtroom Deputy:** Linda Kahoe |

SHOP*TV, INC.,            Srecko Vidmar
                                     John R. Posthumus

     Plaintiff,

     v.

BED BATH & BEYOND, INC.,      Conor Fitzgerald Farley
*et al.,*                                   James Edward Hartley

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:**     **10:58 a.m.**

Court calls case. Appearances of counsel. Also present are Ken Bagus from Shop*TV, Kenneth Bradley from Bed Bath & Beyond, Robert Chemtob from Eagle, and Chris Larson from Holland & Hart.

Discussion and arguments regarding Defendant's Motion for Summary Judgment, doc #[49], filed 10/30/2009.

Discussion and arguments regarding Plaintiff's Motion for Partial Summary Judgment, doc #[50], filed 10/30/2009.

Discussion and arguments regarding Plaintiff's Motion to Strike Portions of the Second Declaration of Robert Chemtob (Dkt. 54-9), doc #[61], filed 12/4/2009.

Motions #[49], #[50], and #[61] are taken under advisement.

HEARING CONCLUDED.

**Court in recess**:     **11:56 a.m.**
Total time in court:     00:58

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.