IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00057-REB-CBS

SHOP*TV, INC., a Colorado corporation,

      Plaintiff,

v.

BED BATH & BEYOND, INC., a New York corporation; and
EAGLE HOME PRODUCTS, INC., a New York corporation,

      Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR RELIEF FROM THE COURT'S ORDER**

---

Pursuant to Fed.R.Civ.P. 60(b), Plaintiff Shop*TV, Inc. respectfully moves this Court for an Order withdrawing the Order Adopting in Part and Rejecting in Part Recommendation of the United States Magistrate Judge issued by the Court on February 3, 2010 (doc. #104).  The Parties have agreed to fully and completely settle their dispute in this matter.  Shop*TV respectfully submits that settlement would be facilitated by the Court withdrawing the above-mentioned Order (doc. #104).

Pursuant to D.C.Colo.L.Civ.R. 7.1, the undersigned counsel for Shop*TV affirms that he is authorized to state that Defendants do not oppose the relief requested in this Motion.

Respectfully submitted on February 18, 2010.


GREENBERG TRAURIG, LLP

___s/  Srecko "Lucky" Vidmar_____
Srecko "Lucky" Vidmar
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel: (303) 572-6500
Fax: (303) 572-6540
Email:    vidmarl@gtlaw.com


John Posthumus
SHERIDAN ROSS, PC
1560 Broadway, Suite 1200
Denver, Colorado 80202
Tel: (303) 863-9700
Fax: (303) 863-0223
Email:    jposthumus@sheridanross.com


Attorneys for Plaintiff Shop*TV, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 18, 2010, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system, which will

notify the following registered recipients of such filing:

James E. Hartley, Esq.
Andrea Anderson, Esq.
Conor Farley, Esq.
Holland & Hart LLP
555 Seventeenth Street
Suite 3200
Denver, CO 80202-3979
jhartley@hollandhart.com
aanderson@hollandhart.com


s/ Lucky Vidmar