**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-00057-REB-CBS

SHOP*TV, INC., a Colorado corporation,

    Plaintiff,

v.

BED BATH & BEYOND, INC., a New York corporation, and
EAGLE HOME PRODUCTS, INC., a New York corporation,

    Defendants.

## ORDER

**Blackburn, J.**

The matter comes before me on **Plaintiff's Unopposed Motion For Relief From the Court's Order** [#108] filed February 16, 2010.  The plaintiff requests that the court withdraw the **Order Adopting in Part and Rejecting in Part Recommendation of the United States Magistrate Judge** [#104] entered February 3, 2010.  After careful review of this unopposed motion, the order adopting in part and rejecting in part the recommendation, and the relevant record, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Plaintiff's Unopposed Motion For Relief From the Court's Order** [#108] filed February 16, 2010, is **GRANTED**; and

2.  That the **Order Adopting in Part and Rejecting in Part Recommendation of the United States Magistrate Judge** [#104] entered February 3, 2010, is **WITHDRAWN**.

Dated February 17, 2010, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge