**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-00057-REB-CBS

SHOP*TV, INC., a Colorado corporation,

      Plaintiff,

v.

BED BATH & BEYOND, INC., a New York corporation, and
EAGLE HOME PRODUCTS, INC., a New York corporation,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal of Claims and Counterclaims** [#110] filed February 17, 2010.  After careful review fo the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation of Dismissal of Claims and Counterclaims** [#110] filed February 17, 2010, is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 17, 2010, at Denver, Colorado.

                BY THE COURT:

                *Bob Blackburn*
                Robert E. Blackburn
                United States District Judge